7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Shantee Latrice Carey
*Debtor*

*Bankruptcy Case No.*
10–45240–can7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
13–04130–can

v.

**Shantee Latrice Carey**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment by Default is hereby awarded and granted and shall be entered in favor of the Trustee and against the Debtor pursuant to Rule 7055 FRBP and Rule 55 FRCP, such that: (i)the discharge granted to the Debtor in the Order Discharging Debtor (document number 36 of the Docket Report of the Court in the Bankruptcy Case) which was entered on April 20, 2011, is hereby revoked; and
(ii)the Trustee is hereby awarded costs in the amount of $293.00, with such sum to be paid to the Trustee by the Debtor

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 2/21/14

Court to serve